UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

U.S.C.A. – 7th Circuit
RECEIVED

AUG 27 2014   #1

GINO J. AGNELLO
CLERK

---

KENNETH A. ROBERTS,

        Petitioner-Appellant,

    V.

DEB MCCULLOCH,

        Respondent-Appellee.

NOTICE OF APPEAL

Case No. 13-cv-~~466~~ 446-wmc

---

Notice is given that the Petitioner-Appellant Kenneth A. Roberts, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgement entered in this action on, August 13, 2014.

Dated: _August 23, 2014_

Signed: _Kenneth A. Roberts_

Kenneth A. Roberts

P.O. Box 800

Mauston, WI. 53948-0800